**NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER**

<span style="color:red">**Electronically Filed
Intermediate Court of Appeals
CAAP-21-0000343
27-AUG-2021
08:45 AM
Dkt. 43 OAWST**</span>

NO. CAAP-21-0000343

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

IN THE MATTER OF
MAUI KUPONO BUILDERS, LLC, Appellant-Appellee, v.
DEPARTMENT OF TRANSPORTATION, STATE OF HAWAI'I;
DESIREE L. HIKIDA, Appellees-Appellees,
and GRACE PACIFIC, LLC, Appellee-Appellant

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 1CCV-21-0000438)

ORDER APPROVING STIPULATION FOR DISMISSAL
(By: Hiraoka, Presiding Judge, Nakasone and Fujise, JJ.)

Upon consideration of the Stipulation for Dismissal With Prejudice of Appeal of All Claims and Parties, filed August 11, 2021, by Appellee-Appellant Grace Pacific, LLC, the papers in support, and the record, it appears that (1) the appeal has been docketed; (2) the parties stipulate to dismiss the appeal with prejudice and bear their own attorneys' fees and costs; (3) the stipulation is signed by counsel for all parties appearing in the appeal; and (4) dismissal is authorized by Hawai'i Rules of Appellate Procedure Rule 42(b).

Therefore, IT IS HEREBY ORDERED that the stipulation is approved and the appeal is dismissed with prejudice. The parties shall bear their own attorneys' fees and costs on appeal.

DATED: Honolulu, Hawai'i, August 27, 2021.

/s/ Keith K. Hiraoka
Presiding Judge

/s/ Karen T. Nakasone
Associate Judge

/s/ Alexa D.M. Fujise
Associate Judge